# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **CORY RAY WEAVER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | **CIVIL ACTION NO. 4:23-cv-00156** |
| **MAX LEROY TRACY, RHODES LLC,** § | |
| **FERMIN GAYTAN LOPEZ, and** § | |
| **PGT TRUCKING,** § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal filed by Plaintiff Cory Ray Weaver and Defendants Max Leroy Tracy, Rhodes, LLC, Fermin Gaytan Lopez, and PGT Trucking. After considering same, the Court is of the opinion that the Stipulation of Dismissal should be accepted by the Court.

It is therefore ORDERED that this action is hereby dismissed.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 18th day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE